UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONAL RAMOS-MONTES,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:17-cr-00170

## ORDER

Defendant appeared before me on August 23, 2017, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on August 23, 2017.

        /s/ Phillip J. Green
       PHILLIP J. GREEN
       United States Magistrate Judge